NANCY STEFFEN RAHMEYER, and GARY W. LYNCH, JJ., concur.

■

**STATE of Missouri, Respondent,**

v.

**Derrick COBB, Defendant/Appellant.**

**No. ED 100086.**

Missouri Court of Appeals, Eastern District, Division One.

Aug. 19, 2014.

Jessica Hathaway, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Jennifer A. Rodewald, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

pictures. It is a single-paned window with little wood, whatever you call those, dividers. He was so strong and tough and powerful that he could dent a Cadillac Escalade—that's one of the few cars that's still made of metal, not just plastic dent [sic]— beat the crap out of that car, but he can't

**ORDER**

PER CURIAM.

The defendant, Derrick Cobb, appeals the judgment entered by the Circuit Court of the City of St. Louis following his conviction by a jury of one count each of forcible rape, forcible sodomy, and first-degree robbery committed in 1992. The trial court sentenced the defendant to a total of 70 years, namely consecutive terms of imprisonment of 30 years for rape, 30 years for sodomy, and 10 years for robbery. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).

■

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Quitman HEGWOOD, Defendant/Appellant.**

**No. ED 100094.**

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 19, 2014.

Emmett D. Queener, Columbia, MO, for appellant.

Daniel McPherson, Jefferson City, MO, for respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN., J., and PHILIP M. HESS, J.

*ORDER*

PER CURIAM.

Defendant Quitman Hegwood appeals the trial court's entry of judgment, following a jury trial of one count of Attempted Statutory Sodomy, section 566.062, R.S.Mo. (Cum.Supp.2007). We affirm the trial court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).